Dismissed and Memorandum Opinion filed August 16, 2007








Dismissed
and Memorandum Opinion filed August 16, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00603-CV

____________

 

MICHAEL COOKE AND ALL OCCUPANTS, Appellants

 

V.

 

TERRY MITCHELL, Appellee

 



 

On Appeal from
County Court No. 3

Galveston County,
Texas

Trial Court Cause
No. 55,125

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 30, 2006.  On July 31, 2007, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed August
16, 2007.

Panel consists of Justices Anderson, Fowler, and Frost.